

SLR:KTC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

| | |
|---|---|
| JOAO E. RAFAEL, | STIPULATION AND ORDER OF REMAND |
| Plaintiff, | |
| -against- | Civil Action CV-05-4020 |
| JOANNE B. BARNHART, Commissioner of Social Security, | (Ross, J.) (Gold, M.J.) |
| Defendant. | |

------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the plaintiff, JOAO E. RAFAEL, and counsel for the defendant, JO ANNE B. BARNHART, THE COMMISSIONER OF SOCIAL SECURITY, that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's decision is reversed, and plaintiff's claim is remanded for further administrative proceedings.

The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

Rafael v. Barnhart, CV-05-4020

Dated:    New York, New York
          January 20, 2006

                                    _____
                                    Christopher D. Latham, Esq.
                                    Attorney for Plaintiff
                                    BRECHER, FISHMAN, PASTERNACK,
                                    POPISH, HELLER, REIFF & WALSH, P.C.
                                    222 Broadway
                                    New York, New York 10038
                                    (212) 341-7997

Dated:    Brooklyn, New York
          January 19, 2006

                                    ROSLYNN R. MAUSKOPF
                                    United States Attorney
                                    Eastern District of New York
                                    Attorney for Defendant
                                    One Pierrepont Plaza, 14th floor
                                    Brooklyn, New York 11201

                              By:   _____
                                    KAREN T. CALLAHAN
                                    Special Assistant U.S. Attorney
                                    (718) 254-6030

SO ORDERED:

_____
Honorable Allyne R. Ross
United States District Judge

cc: counsel