UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOAO E. RAFAEL,

        Plaintiff,

 -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.
------------------------------------------------------------X

JUDGMENT
05-CV-4020 (ARR)

  An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 30, 2006, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

  ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
   January 31, 2006

                ROBERT C. HEINEMANN
                Clerk of Court